IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN RALPH RICHARDSON,**<br><br>Plaintiff,<br><br>v.<br><br>**XAVIER BACERRA [sic], et al.,**<br><br>Defendants. | Case No. 1:19-CV-01366-LJO-EPG<br><br>**ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**(ECF No. 8)** |

Pursuant to the stipulation of the parties (ECF No. 8), and Rule 144 of the Local Rules for the United States District Court for the Eastern District of California, all Defendants shall have a 28-day extension of time to respond to the Complaint. The time for filing a response to the initial Complaint is extended to and including November 28, 2019.

IT IS SO ORDERED.

Dated: **October 29, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1