# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RALPH RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BACERRA, et al.,<br><br>Defendants. | Case No. 1:19-cv-01366-LJO-EPG<br><br>ORDER DENYING WITHOUT PREJUDICE REQUEST FOR PERMISSION TO FILE DOCUMENTS THROUGH CM/ECF<br><br>(ECF No. 12) |

Plaintiff, Stephen Ralph Richardson, is proceeding *pro se* in this civil lawsuit. Plaintiff has requested leave for permission to e-file documents in this court's CM/ECF case management system. (ECF No. 12.)

Under Local Rule 133, a *pro se* litigant may seek permission of the assigned Judge or Magistrate Judge to utilize electronic filing. L.R. 133(b)(2). Requests from *pro se* litigants to utilize electronic filing "shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." L.R. 133(b)(3). Local Rule 143 provides that a stipulation is to be in writing, "signed by all attorneys or pro se parties who have appeared in the action and are affected by the stipulation," with an exception that is inapplicable here; "made in open court"; or "recited in a pretrial or other court order."

Plaintiff's has filed a document titled "Stipulation Requesting Permission for Access to Electronic Filing." (ECF No. 12.) However, this document is signed only by Plaintiff; it is not

1

signed by any other party. Thus, it is not a stipulation as required under Local Rule 133(b)(3).[1] Further, Plaintiff has not indicated that he is unable to obtain a stipulation from the other parties on this issue. Plaintiff has therefore failed to comply with the Local Rules and his request for electronic filing will accordingly be denied without prejudice.

IT IS ORDERED that Plaintiff's request for leave to file documents through CM/ECF (ECF No. 12) is DENIED.

IT IS SO ORDERED.

Dated: **November 4, 2019**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is cautioned the term "stipulation" is a term of art and indicates that opposing parties have reached an agreement as to the stipulated issue. Stipulations are not, however, "effective unless approved by the Court, exception as otherwise provided in" the Local Rules and the Federal Rules of Civil Procedure (and other rules, not applicable here). Plaintiff is further cautioned that he is expected to be familiar with, and comply with, the Local Rules and the Federal Rules of Civil Procedure.