1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11    STEPHEN RALPH RICHARDSON,                    Case No. 1:19-cv-01366-LJO-EPG

             Plaintiff,                            ORDER GRANTING STIPULATED
12                                                 REQUEST FOR PERMISSION TO FILE
          v.                                       DOCUMENTS THROUGH CM/ECF
13
      XAVIER BACERRA, et al.,                      (ECF No. 18)
14
             Defendants.
15

16
             Plaintiff, Stephen Ralph Richardson, is proceeding *pro se* in this civil lawsuit. Plaintiff
17
      and Defendants have filed a stipulation to allow Plaintiff access to electronic filing through the
18
      Court's CM/ECF case management system. (ECF No. 18.) Plaintiff previously represented to the
19
      Court that he is knowledgeable of the requirements of the ECF system used by the Court, that he
20
      possesses the minimum software requirements to utilize the ECF system, and that utilizing the
21
      ECF system will lessen his requirement for administrative support from the Court. (ECF No. 12.)
22
      Plaintiff also acknowledged that he will use the ECF system solely for the purposes of interacting
23
      with the Court and Defendants' counsel in executing the Court's directives.
24
             Based on these previous representations by Plaintiff, the stipulated request to allow
25
      Plaintiff to file documents through the Court's CM/ECF is GRANTED. The Clerk of the Court is
26
      directed to mail to Plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to
27
      Electronic Service." Plaintiff shall be responsible for filing all documents in paper form until
28
      Plaintiff signs and returns the Clerk's "Petition by Pro Se Litigant" form and is issued a login and

                                                     1

1    password. In addition, Plaintiff must provide to the clerk and must maintain a working email

2    address.

3

4    IT IS SO ORDERED.

5      Dated:    __**November 19, 2019**__         /s/ _Eric P. Grosj_____

6                                          UNITED STATES MAGISTRATE JUDGE